JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Defendant(s): |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| 9Round Franchising, LLC ; | First Round Fitness LLC and Deanna Brewer; |
| **County of Residence:** Outside This District | **County of Residence:** Greene County |

**County Where Claim For Relief Arose:** Greene County

| Plaintiff's Attorney(s): | Defendant's Attorney(s): |
|---|---|
| Beau Jackson | Corey Kilburn |
| Husch Blackwell LLP | RoundTable Legal |
| 4801 Main Street, Suite 1000 | 4730 South National Ave., Suite B1 |
| Kansas City, Missouri 64112 | Springfield, Missouri 65810 |
| **Phone:** 816-983-8000 | **Phone:** 417-834-5280 |
| **Fax:** 816-983-8080 | **Fax:** |
| **Email:** beau.jackson@huschblackwell.com | **Email:** ckilburn@roundtablelegal.com |

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 840 Trademark

**Cause of Action:** Trademark Infringement – 15U.S.C.§1114; Unfair Competition – 15U.S.C.§1125(a); Common Law Trademark Infringement; Common Law Unfair Competition; Copyright Infringement - 17U.S.C.A. § 501; Trade Dress Infringement – 15U.S.C.§1125(a)

**Requested in Complaint**
  **Class Action:** Not filed as a Class Action
  **Monetary Demand (in Thousands):**
  **Jury Demand:** Yes
  **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Beau Jackson

**Date:** 9/13/2024

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

**Signature:** /s/ Beau Jackson

Case 6:24-cv-03269-MDH   Document 1-15   Filed 09/13/24   Page 2 of 2